IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HAUPTMEIER, as an individual, and JEAN HAUPTMEIER, spouse, <br><br> SIDNEY WHIGHAM, as an individual, and SANDRA WHIGHAM, spouse, <br><br> Plaintiffs, <br><br> vs. <br><br> BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, MCKESSON CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL CORP. <br><br> Defendants | Case No. 8:08-cv-00187 <br><br><br><br> ORDER OF DISMISSAL OF McKESSON CORPORATION WITHOUT PREJUDICE |

This matter comes before the Court on the Plaintiffs' Notice of Dismissal without Prejudice (Filing No 5). The Court, being fully advised in the premises, finds that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1).  Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Notice of Dismissal Without Prejudice (Filing No. 5) is approved; and

2. This matter is dismissed as to McKesson Corporation, only.

DATED this 30th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge