## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES HAUPTMEIER, et al., | ) | |
| | ) | **8:08CV187** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BARTON SOLVENTS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion Pursuant to Stipulation to Extend the Current Scheduling Order (Filing No. 52).  Pursuant to the parties' stipulation, the motion is granted as set forth below.

**IT IS ORDERED:**

1.      The parties have **until December 8, 2008**, to provide the court with their mediation report.

2.      The defendants have **thirty days** in which to file an answer or otherwise plead to the plaintiffs' Second Amended Complaint.

2.      **Motion Discovery:** All depositions, interrogatories, requests for admission and requests for production or inspection relevant to any motions for summary judgment on the bulk supplier and/or sophisticated user doctrines shall be completed **on or before February 6, 2009**.

3.      Any motion for summary judgment based on the bulk supplier and/or sophisticated user doctrines shall be filed **on or before March 6, 2009**.  Counsel are reminded of the provisions of NECivR 7.1(i) and 56.1.

4.      A telephone conference with the undersigned magistrate judge will be held **within ten (10) working days** of the court's resolution of the summary judgment motions, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  **Plaintiff's counsel or plaintiff shall** schedule and initiate the telephone conference.

DATED this 7th day of November, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge