# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HAUPTMEIER, as an individual and JEAN HAUPTMEIER, spouse, | Case: 8:08-CV-00187 |
| SIDNEY WHIGHAM, as an individual and SANDRA WHIGHAM, spouse, | |
| JARED TEICHMEIER, as an individual and DORRIS TEICHMEIER, spouse, | **ORDER TO DISMISS WITH PREJUDICE** |
| Plaintiffs, v. | |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORIA d/b/a UNOCAL CORP., | |
| Defendants. | |

Upon consideration of Plaintiff Jared and Dorris Teichmeier's Motion to Dismiss Citgo Petroleum Corporation With Prejudice (Filing No. 103), Plaintiff James and Jean Hauptmeier's Motion to Dismiss Citgo Petroleum Corporation With Prejudice (Filing No. 106), and Plaintiff Sidney and Sandra Whigham's Motion to Dismiss Citgo Petroleum Corporation With Prejudice (Filing No. 107), and for good cause shown,

IT IS ORDERED that Citgo Petroleum Corporation is dismissed with prejudice.

Dated this 30th day of April, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge