IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HAUPTMEIER, as an individual and JEAN HAUPTMEIER, spouse,<br><br>SIDNEY WHIGHAM, as an individual and SANDRA WHIGHAM, spouse,<br><br>JARED TEICHMEIER, as an individual and DORRIS TEICHMEIER, spouse,<br><br>Plaintiffs,<br>v.<br><br>BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORIA d/b/a UNOCAL CORP.,<br><br>Defendants. | Case: 08-CV-00187<br><br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Upon consideration of Joint Stipulation For Dismissal With Prejudice (Filing No.109), it is hereby ORDERED that Defendants**, SHELL CHEMICAL LP; SHELL OIL COMPANY; UNION OIL COMPANY OF CALIFORNIA;** and **CHEVRON U.S.A. INC.,** are dismissed with prejudice.

Dated this 5th day of August, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Court Judge

1