IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES HAUPTMEIER, as an individual and JEAN HAUPTMEIER, spouse, | ) ) ) | CASE NO.  08-cv-00187 |
| SIDNEY WHIGHAM, as an individual and SANDRA WHIGHAM, spouse, | ) ) ) | ORDER TO DISMISS WITH PREJUDICE |
| JARED TEICHMEIER, as an individual and DORRIS TEICHMEIER, spouse, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BARTON SOLVENTS, INC., | ) ) | |
| Defendant. | ) | |

Upon consideration of the Joint Stipulation for Dismissal With Prejudice (Filing No. 112), it is hereby ordered that Defendant, Barton Solvents, Inc., is dismissed with prejudice, each party to pay his, her, or its own costs.

Dated this 10th day of September, 2010.

BY THE COURT:

/s Joseph F. Bataillon
_____
Joseph F. Bataillon, Chief Judge